# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:  Case No: 24-17128 RAM
 Chapter 13

Francisco Castaneda Montelongo

_____ Debtor _____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

Claim no. 24. Toyota Leases Trust filed unsecured proof of claim in the amount $12,256.20 for a 2023 Mazda Lease CX-9.  Debtor has made post petition payments and on September 29, 2024 the Debtor also surrendered the vehicle at the Mazda dealership located at 14000 SW137th Ave. Miami, FL 33186. (See attached) The claim should be stricken and disallowed.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Date: October 2, 2023

 Law offices of Jorge L. Suarez, P.A.
 Jorge L. Suarez, Esq.
 225 Alcazar Ave.
 Coral Gables, FL 33134
 Tel: 305-445-2944
 Email:  info@bkcylegal.com

 /s/ Jorge L. Suarez
 Florida Bar No. 0844950

LF-70 (rev. 12/01/09)

**LESSEE'S ODOMETER DISCLOSURE STATEMENT**

305-509-9562

EMAIL = castaneda_loob@hotmail.com

only 1 key

Mazda Financial Services

Federal law (and State law, if applicable) requires that the lessee disclose the mileage to the lessor in connection with the transfer of ownership. Failure to complete or making a false statement may result in fines and/or imprisonment. Complete disclosure form below.

1. I, Francisco Javier Castaneda Montelongo (Print name of person making the disclosure) state that the odometer now reads 14,929 (no tenths) miles and:

Please check one box and sign below:

[✓] to the best of my knowledge the odometer reading reflects the actual mileage of the vehicle described below, or

[ ] I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits; or

[ ] I hereby certify that the odometer reading is NOT the actual mileage and should not be relied upon.

| MAKE | MODEL | ACCOUNT NUMBER |
|---|---|---|
| MAZDA | CX-9 GT | 0500281813 |
| BODY TYPE | VEHICLE IDENTIFICATION NUMBER | YEAR |
| SUV | JM3TCBDY4P0641945 | 2023 |

The parties agree that any facsimile transmission of this document stored by Mazda Financial Services in electronic or paper form shall constitute an original for the purposes of this statement.

Lessee's Name: Francisco Javier Castaneda Montelongo

Lessee's Address: 12600 SW 187th ST  Miami  FL  33177
(Street) (City) (State) (Zip Code)

Please Sign Here >>> X [signature]
(Lessee's Signature)    Date of Statement: _____

Lessor's Name: Toyota Lease Trust

Lessor's Address: _____

Signed by Lessor: _____
Toyota Lease Trust

Date Disclosure Form Sent to Lessee: _____
Date Completed Disclosure Form Received from Lessee: _____